AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA
V.
ANTONIO MARIN

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 23, 2005 in Hampden county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

(1) manufacture, distribute, or possess with intent to manufacture or distribute a controlled substance
(2) possessed, in or affecting commerce, a firearm

in violation of Title (1)21;(2)18 United States Code, Section(s) 841(a)(1); 922g1

I further state that I am a(n) Special Agent of the DEA and that this complaint is based on the following
Official Title
facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-24-2005                                              at    Springfield, Massachusetts
Date                                                              City and State

Kenneth P. Neiman
U.S. Magistrate Judge                                     _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AFFIDAVIT

I, Jonathan Shankweiler, Special Agent of the Drug Enforcement Administration, Springfield Resident Office, Springfield, MA, being duly sworn, depose and state the following:

1.  I am a Special Agent of the Drug Enforcement Administration (DEA), United States Department of Justice. I have been employed by DEA since March of 1999. In March of 1999 I attended the Drug Enforcement Administration Academy as a basic agent trainee and completed 16 weeks of specialized training. My DEA training included but is not limited to extensive investigative and surveillance techniques, narcotics recognition, processing of evidence, the handling of confidential informants, report writing, firearms training, the execution of search and arrest warrants, and legal instruction which covered Fourth Amendment search and seizures. I have also completed several training courses since graduating the academy during my assignment here in the Springfield Resident DEA Office to include, Confidential Source management school, Title III (electronic surveillance) training, Organized Crime Drug Enforcement Task Force specialized training, specialized training for secret/hidden compartments in vehicles and residences and Complex Conspiracy School. Prior to my employment with the Drug Enforcement Administration, I was employed as a United States Border Patrol Agent with the Immigration and Naturalization Service in San Diego, CA for approximately (3) years. Through my training and experience I have participated in the investigation of both simple and complex drug crimes and conspiracies, including possession with intent to distribute illegal narcotics in violation of 21 U.S.C. 841(a)(1). I have been the affiant on two Title III intercepts and assisted in the preparation of four other affidavits for Title III intercepts. The above-mentioned intercepts led to the seizure of cocaine, crack cocaine, heroin, several handguns, US Currency, vehicles and the successful prosecution of over 25 narcotics traffickers to date with approximately 10 defendants' court proceedings still ongoing in Massachusetts State Court.

3. I am currently assigned to the Drug Enforcement Administration, Boston Field Division, Springfield Resident Office (hereinafter referred to as SRO). The SRO Task Force comprises Special Agents of the DEA as well as officers and detectives from the following police departments: Springfield, Holyoke, Chicopee, West Springfield and the Massachusetts State Police. The SRO Task Force investigates and assists in the prosecution of drug offenses which are prosecuted in both federal and state court. The SRO Task Force also assists other federal agencies, state departments, and local police departments in their narcotics investigations as well as gun trafficking cases and other criminal violations.

4. Through prior investigations and training, I have become familiar with the methods, language and terms, which are used to disguise the source and nature of the illegal narcotics activities. In my training and experience I have learned that narcotics traffickers attempt to shield themselves from law enforcement scrutiny by using individuals to assist them in purchasing and selling the narcotics. Drug dealers attempt to deal directly only

with individuals with whom they have a long-standing relationship. I have conducted or assisted in more than 200 narcotics investigations. Supporting these investigations I have testified both in federal court and state court and have applied for, been issued and executed Search Warrants on numerous occasions.

5.  The information contained in this affidavit is based on my personal involvement in this investigation, my training and experience, my review of documents, surveillance, and information provided to me by other law enforcement officers. As such this affidavit does not contain all the information I possess regarding this investigation, but is submitted as a basis for probable cause to believe that Antonio Marin did distribute, and possess with the intent to distribute a controlled substance in violation of 21 U.S.C. 841(a)(1); possess a firearm and ammunition after a previous felony conviction in violation of 18 U.S.C. 922(g)(1); and, possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. 924(c).

6.  In November 2004, a confidential source (CS) made a controlled buy (1) of approximately 50 grams of cocaine from an individual identified as Antonio Marin. In December, 2004, CS made a second controlled buy of approximately 125 grams of cocaine from Marin. On both occasions DEA agents, during surveillance, observed Antonio Marin as the individual who the CS met with. The CS also identified Marin as the person who delivered the controlled substances to him/her on both occasions.

7.  On February 24, 2005, at approximately 7:30pm, Marin was arrested on St. James Boulevard, Springfield, MA by members of the DEA task force. Marin was arrested after the CS made a monitored telephone call to Marin and ordered 100 grams of cocaine. Marin was observed departing his 32 Putnam Circle residence and arrested on his way to deliver the 100 grams cocaine. Based on the prior purchases of cocaine described in paragraph 6 from Marin, DEA agents executed a federal search warrant at Marin's 32 Putnam Circle Springfield, MA, residence on February 24, 2005. During the search agents located and seized approximately 816 grams cocaine and one loaded semi-automatic handgun with an obliterated serial number. The handgun was located next to some of the discovered cocaine and was located under Marin's mattress in his bedroom. Marin later confessed to SA John Barron after being read his Miranda Warnings that he possessed the cocaine and the firearm recovered in 32 Putnam Circle.

Jonathan Shankweiler
Special Agent Drug Enforcement Administration

1/ The CS was searched before the transaction, provided with official DEA funds to purchase the drugs, and was monitored by agents through surveillance and an electronic audio recorder. The CS was searched and debriefed a short time after the transaction.

Sworn to before me this ___ day of February 24, 2005.

_____
KENNETH P. NEIMAN
UNITED STATES MAGISTRATE JUDGE