UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR 11  A 10: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL COMPLAINT NO. |
| | ) | |
| ANTONIO MARIN | ) | |

## MOTION TO WITHDRAW

To the Clerk of the above named Court:

Please withdraw my appearance for the above-named Defendant, Antonio Marin. As reasons thereof, please see the attached affidavit.

                                Respectfully Submitted,
                                Antonio Marin
                                By His Attorney:

                                _____
                                Joseph D. Bernard
                                The Law Offices of Joseph D. Bernard, P.C.
                                73 State Street, Suite 301
                                Springfield, MA 01103
                                (413) 731-9995
Date:  March 10, 2005            BBO#: 557986

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL COMPLAINT NO.: |
| ) | |
| ANTONIO MARIN ) | |

### AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

Under oath I depose and state:

1. After meeting with Mr. Marin, on or about March 7, 2005, I recognized that a significant conflict of interest exists with my representation.

2. I immediately explained what I believe to be the conflict and I advised Mr. Marin to speak with another lawyer.

3. Upon Mr. Marin's permission I contacted Attorney Mark Mastrionni and he agreed to meet with Mr. Marin.

4. On or about March 8, 2005, I spoke with Mr. Mastrionni and he indicated that he had met with Mr. Marin and agreed to accept representation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Date: 3/10/05

_____
Joseph D. Bernard

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL COMPLAINT NO.: |
| | ) | |
| ANTONIO MARIN | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion, by Hand Delivery, this 9th day of March, 2005 on:

Assistant United States Attorney
Paul Smyth
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
413-731-9995
BBO#: 557986