UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO.
)
ANTONIO MARIN )
)

APPEARANCE

Please enter my Appearance for the above named defendant, Antonio Marin, in the above entitled matter.

THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, Ma. 01103
(413) 732-0222
BBO #556084