UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR 25  A 10: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-MJ-614 |
| | ) | |
| | ) | |
| ANTONIO MARIN | ) | |
| | ) | |
| Defendant. | ) | |

**THE GOVERNMENT'S MOTION TO CONTINUE THE DEFENDANT'S PRELIMINARY HEARING DATE PUSUANT TO RULE 5.1(D)**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to extend the time period for the preliminary hearing pursuant to Fed.R.Crim.P. 5.1(d). In support of this motion, the government states the following:

1. The government requests additional time to prepare for a probable cause determination of the Defendant.
2. The Defendant, through Attorney Mark Mastroianni, has assented to the government's motion.

The government respectfully requests this court to continue the preliminary hearing one week to April 1, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul Hart Smyth
Assistant U.S. Attorney

Dated: March 25, 2005